```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
```

MARCIA JOANNE MCNEIL,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                   18-cv-129-jdp

THE SALVATION ARMY,
KARLENE LENZ, and
ROBERT BONIFIELD,

    Defendants.

       This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 6/19/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |