# Notice of Appeal to a Court of Appeals from a Judgement or Order of a District Court

## United States District Court for the Western

### District of Wisconsin

### File Number 18-cv-129-jdp

| | |
|---|---|
| Marcia Joanne McNeil ) | |
| Plaintiff ) | |
| v. ) | Notice of |
| The Salvation Army, Karlene Lenz, ) | Appeal |
| and Robert Bonifield ) | |
| Defendants ) | |

Notice is hereby given that Marcia Joanne McNeil, Plaintiff. The Salvation Army, Karlene Lenz and Robert Bonifield, Defendants in the above case, hereby appeal to the United States Court of Appeals for the 7Th Circuit from the Judgement dated-June 18, 2018 to the order of dismissal entered into this action on the 19th day of June, 2018.